U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

NOV 7 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Champion                                             Civil Action No. 12-cv-02059

versus                                               Judge Richard T. Haik

Charter One of Citizens                              Magistrate Judge C. Michael Hill
Financial Group, Inc.

## JUDGMENT OF DISMISSAL

The Court having been notified that the parties in this matter have reached an amicable resolution through settlement and the settlement having been placed on the record,

**IT IS ORDERED** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated. It is

**FURTHER ORDERED** that the parties are to submit to the Court a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41 within thirty (30) days of entry of this judgment.

The Court retains jurisdiction over the settlement of this action under <u>Kokkonen v. Guardian Life</u>, 511 U.S. 375, 114 S.Ct. 1673 (1994).

THUS DONE AND SIGNED on this 6th day of November, 2013 in Lafayette, Louisiana.

_____
RICHARD T. HAIK, SR
UNITED STATES DISTRICT JUDGE