

**LEAKE & ANDERSSON** LLP

PATRICK M. WARTELLE
ATTORNEY AT LAW

pwartelle@leakeandersson.com
REPLY TO LAFAYETTE OFFICE

RECEIVED
NOV 0 6 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

November 5, 2013

**_Via Facsimile: (337) 593-5110_**
Honorable Richard T. Haik
U. S. District Judge
John M. Shaw U.S. Courthouse
800 Lafayette Street, Room 4200
Lafayette, LA 70501

    RE:   Alverna M. Champion vs.
           Charter One of Citizens Financial Group, Inc.
           Federal Docket No: 6:12-CV-02059
           Western District of Louisiana – Lafayette Division
           Our File No: 6194-60457

Dear Judge Haik:

    Please be advised that the trial in the above-captioned matter has settled. Please remove the trial from the docket for Tuesday, November 12, 2013.

    With kindest regards, we remain

                Very truly yours,

                LEAKE & ANDERSSON, L.L.P.

                PATRICK M. WARTELLE

PMW:js

cc:   Ms. Cathy Bacon, Deputy Clerk-in-Charge (via facsimile: 593-5027)
       Ms. Valerie Gotch Garrett (via facsimile: 232-1616)

NEW ORLEANS OFFICE | 1100 POYDRAS STREET, SUITE 1700 | NEW ORLEANS, LA 70163 | T 504.585.7500 F 504.585.7775
LAFAYETTE OFFICE | 600 JEFFERSON STREET, SUITE 603 | LAFAYETTE, LA 70501 | P.O. DRAWER Z | LAFAYETTE, LA 70502 | T 337.233.7430 F 337.233.8403