U.S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

NOV 21 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| ALVERNA CHAMPION | * CIVIL ACTION |
| VERSUS | * NO: 6:12-CV-02059 |
| CHARTER ONE of CITIZENS FINANCIAL GROUP, INC. | * JUDGE RICHARD T. HAIK, SR. |
| | * MAGISTRATE |

*********************************************************************

## JUDGMENT OF DISMISSAL

On Motion of Plaintiff, Alverna Champion, and Defendant, RBS Citizens, N.A. d/b/a Charter One, and on suggesting to the Court that all claims have been settled, and that the amounts agreed upon have been paid:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled numbered cause be and is hereby dismissed, with full prejudice at the rights of all parties, with each party to pay its own court costs.

THUS DONE AND SIGNED at _Lafayette_, Louisiana, this _20_ day of _November_, 2013.

_____
UNITED STATES DISTRICT JUDGE